IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EMILY FRIEND, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-07644 |
| v. | ) ) | Hon. Judge Robert W. Gettleman |
| FGF BRANDS (USA) INC., a Delaware Corporation, and FGF BRANDS, INC., a Canadian Corporation, | ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Defendants FGF Brands (USA) Inc. and FGF Brands, Inc. (collectively, "Defendants") respectfully move to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted, lack of standing, and (as to non-Illinois claims) lack of personal jurisdiction. As set forth more fully in the accompanying memorandum, Plaintiff's claims are subject to dismissal for at least the following reasons: Plaintiff fails to plausibly plead deception or materiality; Plaintiff's conclusory claim that she paid a premium price is inadequate; Plaintiff lacks standing as to products she has not purchased; Plaintiff lacks standing to bring non-Illinois claims and this Court lacks personal jurisdiction over those claims; and because Plaintiff's unjust enrichment claim is meritless.

Accordingly, Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief may be granted, lack of standing and, as to non-Illinois claims, lack of personal jurisdiction.

Dated: March 8, 2019

/s/ Diana Torres
Megan M. New (ARDC No. 6300422)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
mnew@kirkland.com

Diana Torres
Lauren J. Schweitzer
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 680-8400
Fax: (213) 680-8500
diana.torres@kirkland.com
lauren.schweitzer@kirkland.com

Dale M. Cendali
Joseph M. Sanderson
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900
dale.cendali@kirkland.com
joseph.sanderson@kirkland.com

*Counsel for Defendants FGF Brands (USA) Inc. and FGF Brands, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, a true and correct copy of the foregoing document, **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, was electronically filed and served upon counsel of record via the Court's CM/ECF System.

/s/ Diana Torres
Diana Torres