# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Emily Friend

                        Plaintiff,

v.                                         Case No.: 1:18−cv−07644
                                                        Honorable Robert W. Gettleman

FGF Brands (USA), Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's response to defendants' motion to dismiss [16] due by 3/29/2019, defendants' reply due 4/12/2019. Status hearing set for 6/12/2019 at 9:10 a.m. Motion presentment hearing set for 3/13/2019 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.