# Exhibit C



# *Friend v. FGF Brands (USA) Inc.*
## Highlights of Settlement Notice Program

### LEGAL NOTIFICATION SERVICES

KCC designs and implements defensible media campaigns and employs notice methods that satisfy due process requirements as well as applicable federal and state laws. KCC has been involved with some of the largest and most complex legal notification programs in the United States, Canada, and across the globe, including several significant consumer cases.

Consistent with the judicial standards set forth by *Daubert* and *Kumho* and as illustrated in the Federal Judicial Center's (FJC) *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, KCC utilizes the same practices and statistical analyses that are relied upon in the advertising industry when we design and measure the effectiveness of the notice programs they develop.

### EXPERT SERVICES

Our Legal Notification Services include, but are not limited to:

**Pre-Settlement Consulting**
- Review and advise clients of any potential obstacles relative to class definition or legal notification processes
- Develop a noticing plan strategy
- Provide judicial decisions that are relevant to the case or terms of the settlement

**Demographic Analysis**
- Define the target audience through research and analysis of class demographics
- Identify the geographic location of potential class members giving specific consideration to the class period
- Research class member media usage to define the communication channels that will be most effective

**Notice Programs**
- Create custom notice programs that incorporate media such as newspapers, magazines, trade journals, radio, television, social media and the internet to meet due process requirements
- Develop press releases, social media enhancements, and broadcast public service announcements (PSAs) as needed
- Track media activity to verify the adequacy of placements

**Plain Language Communication**
- Consider audience's level of understanding and devise communications strategy accordingly
- Design, draft and distribute plain-language notices that capture attention and are easily understood by class members
- Incorporate response mechanisms, such as a toll-free number, case website address, and/or QR code into notice documents

**Expert Testimony**
- Provide defensible opinions and testimony to verify the effectiveness of notice programs
- Supply proof of performance for each notice served, as required by the courts
- Provide evidence and judicial decisions to overcome objections



## MEDIA RESOURCES

KCC utilizes a variety of resources to quantify our media plans. The resources we use are the same as those relied upon by media professionals.



- **comScore, Inc. (Comscore)**: A leading cross-platform measurement and analytics company that precisely measures audiences, brands and consumer behavior everywhere, capturing 1.9 trillion global interactions monthly. Comscore's proprietary digital audience measurement methodology allows marketers to calculate audience reach in a manner not affected by variables such as cookie deletion and cookie blocking/rejection, and invalid traffic (IVT) (also known as non-human traffic or bots), allowing these audiences to be reached more effectively. Comscore operates in more than 75 countries, serving over 3,200 clients worldwide.



- **GfK MRI (MRI)**: A nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. Established in 1979, MRI measures the usage of over 6,500 product and service brands across 600 categories, along with the readership of hundreds of magazines and newspapers, internet usage, television viewership, national and local radio listening, yellow page usage, and out-of-home exposure. Based on a yearly face-to-face interview of 25,000 consumers in their homes, MRI's Survey of the American Consumer™ is the primary source of audience data for the U.S. consumer magazine industry and the most comprehensive and reliable source of multi-media audience data available.

- **Telmar**: A leading supplier of computer-based strategic targeting and media planning solutions and research, including syndicated GfK MRI and comScore Multi-Platform survey data. Its software provides for survey analysis, data integration, media planning and optimization. With over 25,000 users in 100 countries, Telmar's clients include many of the world's leading advertising agencies, publishers, broadcasters and advertisers.



## CASE ANALYSIS

The following known factors were considered when determining this recommendation:
1. Class members are located throughout the United States, including large cities and rural areas.
2. Class members are unknown consumers who must be reached through a consumer media campaign.
3. Effective reach and notice content are vital to convey the importance of the information affecting Class members' rights, as well as to withstand challenge and collateral review.

## TARGET AUDIENCE

It is our understanding the nationwide Class consists of all class members who purchased one or more of the following naan products for personal use and not for resale: (1) Stonefire Original Naan; (2) Stonefire Roasted Garlic Naan; (3) Stonefire Whole Grain Naan; (4) Stonefire Organic Original Naan; (5) Stonefire Original Mini Naan; (6) Stonefire Ancient Grain Mini Naan; (7) Stonefire Naan Dippers; and (8) any other Naan which Defendants marketed or sold in the United States for which they have represented to the purchaser that the Naan is baked in a tandoor oven.

KCC also understands naan is a type of leavened flatbread popular in Indian and other South and Central Asian cuisine.

Neither Stonefire, naan, or flatbreads are measured by Comscore-MRI Fusion data. As a result, a proxy target of brands of similar breads or of pita bread users was studied. Based on the preceding information, Comscore-MRI Fusion data was studied among a target of adults who use Flatout- or Sahara-brand breads or any pita bread ("likely Class members").

## DEMOGRAPHIC BREAKDOWN

The following is a summary of the target information *relevant* to this matter.

Demographic highlights of likely Class members include:



- 97.1% speak English most often;
- 89.2% have graduated from high school and 66.7% have attended college or beyond;
- 88.7% are 25 years of age or older, 72.1% are 35 years of age or older, and 54.1% are 45 years of age or older;



- 88.0% live in a Metropolitan CBSA;[1]
- 87.3% have a household income of $30,000 or more, 80.3% have a household income of $40,000 or more, 74.2% have a household income of $50,000 or more, and 66.8% have a household income of $60,000 or more; and
- 77.1% live in County Size A or B, with 51.6% living in County Size A.[2]

Additionally, certain key demographics of likely Class members indicate a population similar in age but with higher household incomes and home values, as compared to the median statistics of the general adult population:

| | AGE | HHI | HOME VALUE |
|---|---|---|---|
| LIKELY CLASS MEMBERS | 47 | $90,276 | $296,669 |
| U.S. ADULTS | 47 | $74,487 | $249,774 |

---

[1] Core Based Statistical Areas (CBSAs) consist of the county or counties or equivalent entities associated with at least one core (urbanized area or urban cluster) of at least 10,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties with the counties associated with the core. The general concept of a CBSA is that of a core area containing a substantial population nucleus, together with adjacent communities having a high degree of economic and social integration with that core. CBSAs are defined by the U.S. Office of Management and Budget to provide a nationally consistent set of geographic entities for the United States and Puerto Rico for use in tabulating and presenting statistical data. Metropolitan Statistical Areas are CBSAs associated with at least one urbanized area that has a population of at least 50,000. The metropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting. Micropolitan Statistical Areas are CBSAs associated with at least one urban cluster that has a population of at least 10,000 but less than 50,000. The micropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting.

[2] Nielsen County Size classifications are based on Census household counts and metropolitan proximity. There are four county size classes, "A," "B," "C," and "D." "A" counties are highly urbanized areas and belong to the 21 largest Metropolitan Statistical Areas. The combined counties contain 40% of United States households. "B" counties are counties not defined as A counties that have more than 85,000 households. The combined counties contain 30% of United States households. "C" counties are counties not defined as A or B counties that have more than 20,000 households or are in Consolidated Metropolitan Areas or Metropolitan Statistical Areas with more than 20,000 households. The combined counties contain 15% of United States households. "D" counties are all counties not classified as A, B, or C counties. They are considered very rural. The combined counties contain 15% of United States households.



Compared to the general adult population, likely Class members are:



- 33.7% more likely to have a household income of $150,000 or more, 16.0% more likely to have a household income between $100,000-$149,999, and 12.5% more likely to have a household income of $60,000 or more;
- 27.0% more likely to have graduated from college or beyond;
- 22.1% more likely to live in County Size A; and
- 10.7% more likely to be 35-44 years of age, 6.2% more likely to be 55-64 years of age, and 5.2% more likely to be 45-54 years of age.

## MEDIA USAGE

The majorities of likely Class members show average or above average use of certain forms of media, as compared to the general adult population:



- 63.9% consume an average amount or more of magazine media; and
- 62.6% consume an average amount or more of internet media.

Additionally, when compared to the general adult population, likely Class members are 14.4% more likely to be considered heavy users of magazine media and 5.7% more likely to consume an average amount of internet media.

Internet usage among likely Class members includes:
- 92.6% have looked at or used the internet in the last 30 days;
- 91.4% have visited any social media website in the last 30 days;



- 80.9% have used their cellular/mobile phone/smartphone for web/internet access in the last 30 days; and
- 55.1% have visited a website or app on the Google Display Network in the last 30 days.

Likely Class members are also 8.2% more likely to have personally used their cellular/mobile phone/smartphone to access the internet in the last 30 days, and 4.7% more likely to have visited Instagram and 2.8% more likely to have visited Facebook.

## APPLYING THE DATA

In comparing the data points between likely Class members and the general adult population, the majorities of likely Class members may fall into broad categories not too dissimilar from the general adult population. This means that certain broad, general targeting is required to reach the vast majority of likely Class members, but the recommended media has been tailored to better fit demographic and behavioral categories where likely Class members may index higher relative to the average adult.

- **Age and Parental Status**: A large majority (nearly 90%) of likely Class members are over 25 years of age. Additionally, likely Class members index higher in older age brackets, relative to the general adult population. Due to this skew, targeting adults 25 years of age or older (Adults 25+) should be implemented to most broadly reach likely Class members.
- **Education, Household Income (HHI) and Home Value**: Most likely Class members (nearly 90%) have graduated from high school and likely Class members are more likely to have graduated from college or beyond. Additionally, both the median income and median home value of likely Class members are higher than that of the general adult population and likely Class members index higher in higher household income brackets. As a result, the education and economic skew of likely Class members does not need to be factored into the media selection (access to certain forms of media) or comprehensibility (plain language) of the notices, but, should a print publication be desired, the print publication selection may aim to mirror these characteristics.
- **Language**: Nearly all likely Class members (over 95%) speak English most often. As a result, additional language targeting is not required.
- **Metro/Micro Areas and County Size**: A clear majority of likely Class members live in a metropolitan area and in larger (A and B) counties. Additionally, likely Class members are significantly more likely to live in metropolitan areas. Rural media habits do not need to be considered.

Based on the demographic analysis, targeting Adults 25+ will reach the broadest and most comprehensive group of likely Class members. The recommended media plan has been designed to provide robust yet cost-effective media effort via digital media notice.

- The digital media campaign utilizes broad-reaching digital media networks—like the Google Display Network (GDN)—and the social media and entertainment platforms Facebook and Instagram to reach likely Class members across desktop and mobile devices, mirroring the digital media consumption habits of likely Class members.



**PROPOSED NOTICE PLAN**

The notice program will be comprised of a consumer media plan to achieve a 70% reach goal.

**Consumer Media Plan**

> The recommended consumer media reach plan below has been developed utilizing industry-standard media planning and analysis tools to reach 70% of likely Class members.

*70% Reach Goal*

- **Digital Media**: Digital media impressions will be purchased programmatically and distributed over various websites and on the social media platforms Facebook and Instagram over a period of 60 days. The targeting will be layered to include multiple strategies to effectively reach likely Class members nationwide.

    Strategies include:
    - Broadly targeting Adults 25+ nationwide via an awareness-optimized campaign;
    - Engaging social media users who have shown an interest in naan or Indian cuisine and increasing visits to the case website via traffic-based campaigns; and
    - Utilizing big data to target third-party audiences deemed most likely to be Class members, i.e., to web users:
        - with an Indian food/cuisine interest or intent to buy based on observed behavior (e.g., based on search keywords, page content, watching a video) or declared actions (e.g., clicking or printing, or engaging via like, share, or follow);
        - who have purchased chilled or pre-packaged Indian food, based on electronic point of sale (POS) data shared directly from partner retail stores and then integrated with cloud-based data; and
        - alongside web content (e.g., recipes) related to South Asian and/or Indian cuisine.

    The notices will appear on both desktop and mobile devices, including tablets and smartphones, in display (banner) and native ad formats. All digital media notices will include an embedded link to the case website.

- **Social Media Listening**: KCC will engage in active monitoring of social media channels for comments regarding the case for the duration of the media campaign.

**DETAILS OF PROPOSED MEDIA**

*Digital Media*

The digital media campaign will be routinely monitored by KCC's digital specialists to analyze key campaign performance indicators (KPIs), such as click-through rates (CTRs) and costs per action (CPAs). This knowledge will be leveraged to allocate placements to sites that have demonstrated successful KPIs throughout the duration of the campaign.



> ***Google Display & Video 360 (DV360)*** is a platform that provides access to a digital media mix inclusive of dozens of digital media marketplaces and ad exchanges, like the Google Display Network, OpenX, BrightRoll Exchange, and AppNexus. The platform allows KCC to curate relevant audience segments



and purchase ad space programmatically, utilizing intelligent automation to reach the right targets at the right time.

DV360's audience segmentation technology takes advantage of data sources that capture "self-declared" demographic attributes from online and offline data sources. Online data sources ensure that all users tagged in an audience have indeed taken actions online—either observed or declared—to identify themselves as belonging to a specific audience segment. The platform also aggregates multiple online and offline data sources from big data providers like Oracle, Nielsen, LiveRamp, and Eyeota, including actual consumer shopping behavior at brick and mortar stores, to create audience segments based on frequent purchasers across several verticals, including demographics, brands, food & drink, and retail & consumer goods.

![Google Display Network]

➢ *Google Display Network* is a vast ad network that reaches over 90% of internet users and harnesses the power of advertising opportunities to over two million websites, including some of the most-visited websites and most recognizable properties on the entire internet.

Display banner ads will target likely Class members nationwide on various apps and websites on both desktop and mobile devices.

![facebook]

➢ *Facebook* is the largest social media platform in terms of both audience size and engagement, with the capability of reaching millions of users daily.

Facebook image ads will target likely Class members nationwide natively via the desktop newsfeed (on Facebook.com) and mobile app newsfeed (via the Facebook app or Facebook.com mobile site), and on desktops via right-column ads.



➢ *Instagram* is a free, online photo-sharing app and social networking platform owned by Facebook boasting a global community of over one billion users. It allows users to edit and upload photos and short videos.

Instagram Photo and Stories ads will target likely Class members natively during their web experience. Ads may appear in desktop feeds (on Instagram.com) and mobile app photo feed, in Instagram Explore, and/or Stories (via the Instagram app or Instagram.com mobile site).



8



- ➢ **Social Media Monitoring/Listening** is the active monitoring of a variety of social media channels for information. KCC will monitor blogs, news sites, micro-blogs such as Twitter, social networking sites, video/photo sharing websites, forums, message boards and other user-generated content to determine the volume and sentiment of online conversation about the settlement. If an inquiry or comment related to the settlement is posted online and flagged during the monitoring process, KCC will respond using an approved script or escalate the issue to counsel as needed.